**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
MICHAEL CODY,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

      Defendant.

---

**PLAINTIFFS' COMPLANT FOR DAMAGES**

---

COME NOW the Plaintiffs, by and through counsel, Gary Messing, of Carroll, Burdick & McDonough, LLP, Will Aitchison, of Aitchison & Vick, Inc., Alison Berry Wilkinson and Matthew George, of Rains, Lucia & Wilkinson, LLP, and David L. Worstell and Robert W. Kiesnowski, Jr., of Worstell & Kiesnowski, who respectfully

submit the following Plaintiffs' Complaint for Damages. As grounds therefor, it is alleged as follows:

## PARTIES, JURISDICTION AND VENUE

1. Plaintiff Nick Rogers is a natural person, citizen of the State of Colorado, a resident of the City of Denver, and at all times material hereto was a employed by Defendant City and County of Denver as a classified member of the Denver Police Department currently assigned to the job classification of Detective in District 4.

2. Plaintiff Al Archuleta is a natural person, citizen of the State of Colorado, a resident of the City of Brighton, and at all times material hereto was employed by Defendant City and County of Denver as a classified member of the Denver Police Department currently assigned to the job classification of Instructor at the Denver Police Academy.

3. Plaintiff Wilfred Beliveau is a natural person, citizen of the State of Colorado, a resident of the City of Denver, and at all times material hereto was employed by Defendant City and County of Denver as a classified member of the Denver Police Department currently assigned to the job classification of Police Officer at the Information Desk.

4. Plaintiff Harry Bloodworth is a natural person, citizen of the State of Colorado, a resident of the City of Englewood, and at all times material hereto was employed by Defendant City and County of Denver as a classified member of the Denver Police Department currently assigned to the job classification of Technician at Juvenile Intake.

5.      Plaintiff Michael Cody is a natural person, citizen of the State of Colorado, a resident of the City of Denver, and at all times material hereto was employed by Defendant City and County of Denver as a classified member of the Denver Police Department currently assigned to the job classification of Corporal/Police Officer at District 2.

6.      Plaintiff Cory Dunahue is a natural person, citizen of the State of Colorado, a resident of the City of Byers, and at all times material hereto was employed by Defendant City and County of Denver as a classified member of the Denver Police Department currently assigned to the job classification of Patrol Officer in the Traffic Division.

7.      Plaintiff Russell Dymond, Jr. is a natural person, citizen of the State of Colorado, a resident of the City of Brighton, and at all times material hereto was employed by Defendant City and County of Denver as a classified member of the Denver Police Department currently assigned to the job classification of Patrol Officer in Special Operations.

8.      Plaintiff Robert Freund is a natural person, citizen of the State of Colorado, a resident of the City of Denver, and at all times material hereto was employed by Defendant City and County of Denver as a classified member of the Denver Police Department currently assigned to the job classification of Detective in Special Operations.

9.      Plaintiff Michael Gabriele is a natural person, citizen of the State of Colorado, a resident of the City of Wheat Ridge, and at all times material hereto was employed by Defendant City and County of Denver as a classified member of the Denver

Police Department currently assigned to the job classification of Patrol Officer at District 4.

10. Plaintiff Paul Goff is a natural person, citizen of the State of Colorado, a resident of the City of Denver, and at all times material hereto was employed by Defendant City and County of Denver as a classified member of the Denver Police Department currently assigned to the job classification of Patrol Officer at District 6.

11. Plaintiff Alexander M. Golston is a natural person, citizen of the State of Colorado, a resident of the City of Aurora, and at all times material hereto was employed by Defendant City and County of Denver as a classified member of the Denver Police Department currently assigned to the job classification of Patrol Officer in District 3.

12. Plaintiff Jeffrey Martinez is a natural person, citizen of the State of Colorado, a resident of the City of Denver, and at all times material hereto was employed by Defendant City and County of Denver as a classified member of the Denver Police Department currently assigned to the job classification of Sergeant at the Internal Affairs Bureau.

13. Plaintiff Michael Mosco is a natural person, citizen of the State of Colorado, a resident of the City of Arvada, and at all times material hereto was employed by Defendant City and County of Denver as a classified member of the Denver Police Department currently assigned to the job classification of Sergeant in the Patrol Division.

14. Plaintiff Phillip Newton is a natural person, citizen of the State of Colorado, a resident of the City of Denver, and at all times material hereto was employed by Defendant City and County of Denver as a classified member of the Denver Police

Department currently assigned to the job classification of Sergeant in the Property Bureau.

15. Plaintiff Timonthy Delsordo is a natural person, citizen of the State of Colorado, a resident of the City of Westminster, and at all times material hereto was employed by Defendant City and County of Denver as a classified member of the Denver Police Department currently assigned to the job classification of Police Officer in District 5.

16. Plaintiff Andrew Ramirez is a natural person, citizen of the State of Colorado, a resident of the City of Denver, and at all times material hereto was employed by Defendant City and County of Denver as a classified member of the Denver Police Department currently assigned to the job classification of Technician in the Metro SWAT division.

17. Defendant City and County of Denver at all times material hereto, was and is a home rule municipal corporation organized and existing under the laws of the State of Colorado, specifically, Article XX of the Colorado Constitution.

18. Jurisdiction in this Court is conferred pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

19. In addition to the named Plaintiffs, all other similarly situated persons—those being, all persons employed by Defendant City and County of Denver as classified members of the Denver Police Department, are members of the Plaintiff class. This claim is maintained as a collective action under, and pursuant to, the statutory requirements of the Fair Labor Standards Act (hereinafter "FLSA"), 29 U.S.C. § 216(b).

Attached hereto and incorporated herein by reference as Plaintiffs' Exhibit 1, are consent forms for the applicable class members as required by 29 U.S.C. § 216(b).

20. Defendant City and County of Denver is, and at all times material hereto was, a public agency within the meaning of 29 U.S.C. § 203(x).

21. Defendant City and County of Denver is, and at all times material hereto was, engaged in related activities performed through unified operation or common control for a common business purpose in conjunction with the activities of a public agency. Defendant City and County of Denver is, and at all times material hereto was, an enterprise within the meaning of 29 U.S.C. § 203(r).

22. Defendant City and County of Denver is, and at all times material hereto was, an enterprise engaged in commerce or production of goods for commerce within the meaning of Section 29 U.S.C. § 203(s)(1)(c).

## FIRST CLAIM FOR RELIEF
(Violation of Fair Labor Standards Act)

23. Plaintiffs incorporate herein by reference all of the preceding paragraphs of this pleading as if they were set forth here verbatim.

24. Defendant City and County of Denver has willfully violated, and is willfully violating, the overtime compensation provisions of the 29 U.S.C. § 207 by employing the named Plaintiffs and other similarly situated employees in an enterprise engaged in commerce or in the production of goods for commerce, for work weeks longer than the applicable maximum weekly hours established by § 207 of the FLSA, without timely compensating the named Plaintiffs and all other similarly situated employees for work performed in excess of the above-described hours at rates not less than one and one-half times their regular rates of pay.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that judgment be entered in their favor and against Defendant City and County of Denver; that Plaintiffs be paid all unpaid overtime compensation found due as a result of Defendant's violation of Section 207 of the FLSA, plus an additional, equal amount as liquidated damages; that Defendant be required to pay Plaintiffs' reasonable attorney fees and costs of this action; that Plaintiffs be awarded interest both pre-judgment and post-judgment until the date of satisfaction; and for such other and further relief that this Court deems just and appropriate under the circumstances.

Respectfully submitted this 19th day of March, 2007.

**/S/Gary Messing**
Gary Messing
Carroll, Burdick & McDonough, L.L.P.
1007 7th Street, Suite 200
Sacramento, California 95814
Tel:  (916) 446-5297
Fax:  (916) 446-4487
Email:  gmessing@cbmlaw.com
Attorney for Plaintiffs

**/S/ Will Aitchison**
Will Aitchison
Aitchison & Vick, Inc.
3021 NE Broadway
Portland, Oregon 97232
Tel:  (503) 282-6160
Fax:  (503) 282-5877
Email:  will@aitchisonvick.com
Attorney for Plaintiffs

**/S/ Alison Berry Wilkinson**
**/S/ Matthew George**
Alison Berry Wilkinson
Matthew George
Rains, Lucia & Wilkinson, LLP
2300 Contra Costa Boulevard, Suite 230
Pleasant Hill, California 94523
Tel:  (925) 609-1699
Fax:  (925) 609-1690
Email:  awilkinson@rlwlaw.com
Email:  mgeorge@rlwlaw.com
Attorneys for Plaintiffs

**/S/ David L. Worstell**
**/S/ Robert W. Kiesnowski, Jr.**
David L. Worstell
Robert W. Kiesnowski, Jr.
Worstell & Kiesnowski
1626 Washington Street
Denver, Colorado 80203
Tel:  (303) 832-8225
Fax:  (303) 832-4515
Email:  davidworstell@qwest.net
Email:  wkiesnowski@qwest.net
Attorneys for Plaintiffs