IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00541-RPM

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
MICHAEL CODY,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ,

               Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

               Defendant.

_____

### ORDER DIRECTING FILING OF AMENDED COMPLAINT
_____

Upon consideration of the Defendant's Motion for More Definite Statement, filed April 9, 2007, and the Plaintiffs' response, filed April 30, 2007, and the complaint, filed March 19, 2007, the Court finds the complaint is insufficient to identify the claims being made as to the manner in which the defendant is accused of violating the Fair Labor Standards Act provisions concerning overtime compensation. The attachments to the

plaintiffs' response are not the equivalent of a pleading filed by counsel and it is unclear whether this case is limited to time required for taking on and putting off protective gear.  Because the complaint is insufficient, it is

ORDERED that the plaintiffs shall file an amended complaint specifying the policies and practices of the Denver Police Department which are claimed to be in violation of the FLSA.  The amended complaint shall be filed on or before May 21, 2007.

DATED: May 1st, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge