IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00541-RPM

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
MICHAEL CODY,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

    Defendant.
_____

ORDER PERMITTING LATE FILING OF CONSENT TO JOIN ACTION
_____

  Upon consideration of the Unopposed Motion to Permit the Late Filing of One Additional Consent to Join Action [65], filed on December 11, 2007, it is

  ORDERED that the motion is granted and Officer Duane Parton's Consent to Join Action may be filed.

  DATED: December 12th, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____

Richard P. Matsch, Senior Judge