# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00541-RPM

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
MICHAEL CODY,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

    Defendant.

_____

## ORDER AMENDING DEADLINES
_____

This matter is before the Court on Plaintiffs' Motion to Clarify Order Amending Deadlines [73] filed on February 20, 2008. After being fully advised in the premises and the parties having demonstrated good cause for amending the Scheduling Order, it is hereby ordered: Plaintiffs' Motion to Clarify Order Amending Deadlines is GRANTED and the Scheduling Order is further amended as follows:

(a) Non expert discovery and cut-off (including depositions, interrogatories, and requests for production of documents): September 1, 2008 (¶¶ 7(b), (e), (f), (g))

(b) Dispositive Motion deadline: November 15, 2008 (¶ 7(c))

(c) Expert Witness Disclosure: September 1, 2008 (¶ 7(d)(3))

(d) Rebuttal Expert Disclosure: October 1, 2008 (¶ 7(d)(4))

(e) Expert Discovery to be completed by November 1, 2008

DATED: February 21st, 2008

BY THE COURT:

s/Richard P. Matsch
_____
U.S. District Court Judge