IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00541-RPM

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
MICHAEL CODY,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ,

      Plaintiffs,
v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

      Defendant.
_____

ORDER EXTENDING DISCOVERY DEADLINES
_____

  Pursuant to the Joint Motion to Extend Discovery Deadlines [86], the Scheduling Order is amended as follows:

  (a) Non expert discovery and cut-off (including depositions, interrogatories, and requests for production of documents): January 2, 2009 (¶¶ 7(b), (e), (f), (g))
  (b) Dispositive Motion deadline: March 20, 2009 (¶ 7(c))
  (c) Expert Witness Disclosure: January 2, 2009 (¶ 7(d)(3))
  (d) Rebuttal Expert Disclosure: February 2, 2009 (¶ 7(d)(4))
  (e) Expert Discovery to be completed by March 2, 2009

  DATED: August 20th, 2008

          BY THE COURT:

          s/Richard P. Matsch
          _____
          Richard P. Matsch, Senior Judge