IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00541-RPM

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
MICHAEL CODY,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ,

    Plaintiffs,
v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

    Defendant.
_____

ORDER GRANTING PLAINTIFF'S MOTION TO FILE REPLY
_____

Upon consideration of Plaintiffs' Unopposed Motion to Enlargement of time to File Reply in Support of Plaintiffs' Motion to Create Subclasses and Select Representative Plaintiffs [108], filed on July 1, 2009, it is

ORDERED that the motion is granted.  Plaintiffs shall have up to and including July 14, 2009, to file their reply.

DATED: July 2nd, 2009

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge