IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:               April 19, 2010
Courtroom Deputy:  J. Chris Smith
FTR Technician:     Kathy Terasaki
_____

Civil Action No. 07-cv-00541-RPM

| | |
|---|---|
| NICK ROGERS, | David L. Worstell |
| AL ARCHULETA, | Breanne M. Sheetz |
| WILFRED BELIVEAU, | William B. Aitchison |
| HARRY BLOODWORTH, | Robert W. Kiesnowski, Jr. |
| MICHAEL CODY, | |
| TIMOTHY DELSORDO, | |
| CORY DUNAHUE, | |
| RUSSELL DYMOND, JR., | |
| ROBERT FREUND, | |
| MICHAEL GABRIELE, | |
| PAUL GOFF, | |
| ALEXANDER M. GOLSTON, | |
| JEFFREY MARTINEZ, | |
| MICHAEL MOSCO, | |
| PHILLIP NEWTON, and | |
| ANDREW RAMIREZ, et al., | |

     Plaintiffs,

v.

| | |
|---|---|
| CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation, | Robert A. Wolf |
| | Robert D. Nespor |

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**9:30 a.m.     Court in session.**

Court's preliminary remarks.
Court states its understanding of the case and that for the purposes of this hearing it will consider this case as a collective action.

9:37 a.m.     Statements by Mr. Wolf regarding work hour / manning procedures.

April 19, 2010
07-cv-00541-RPM

| | |
|---|---|
| 9:48 a.m. | Argument by Mr. Nespor |
| 10:00 a.m. | Argument by Mr. Aitchison. |
| 10:11 a.m. | Argument by Mr. Wolf. |
| 10:17 a.m. | Argument by Ms. Sheetz. |
| | |
| 10:23 a.m. | Argument by Mr. Nespor . |
| 10:30 a.m. | Argument by Mr. Worstell. |
| 10:34 a.m. | Argument by Mr. Wolf. |
| 10:41 a.m. | Argument by Mr. Nespor. |
| | |
| 10:44 a.m. | Argument by Mr. Nespor . |
| 10:54 a.m. | Argument by Mr. Aitchison. |
| 11:02 a.m. | Argument by Mr. Wolf. |
| 11:07 a.m. | Argument by Mr. Aitchison. |
| | |
| 11:12 a.m. | Mr. Wolf answers questions asked by the Court regarding statutory exclusions. |

**ORDERED:** **Plaintiffs' Motion for Summary Judgment On Their First Claim for Relief—donning and Doffing, filed October 30, 2009 [125], is taken under advisement.**

**ORDERED:** **Defendant's Motion for Summary Judgment on Plaintiffs' Second, Third, Fourth and Fifth Claims for Relief, filed May 29, 2009 [104], is taken under advisement.**

**ORDERED:** **Defendant's Motion for Summary Judgment on Plaintiffs' Seventh, Eighth, Ninth and Tenth Claims for Relief, filed August 12, 2009 [112], is taken under advisement.**

**ORDERED:** **Plaintiffs' Motion for Summary Judgment on Their Tenth Claim for Relief—Unlawful Denial of Compensatory Time off, filed August 17, 2009 [113], is taken under advisement**

**ORDERED:** **Plaintiffs' Motion for Summary Judgment On Their Seventh, Eighth, and Ninth Claims for Relief, filed August 17, 2009 [114], is taken under advisement.**

**ORDERED:** **Plaintiffs' Motion to Create Sub-Classes and Select Representative Plaintiffs, filed June 1, 2009 [105], is taken under advisement.**

**ORDERED:** **Defendant's Motion to Strike Exhibit 6 and Certain Paragraphs of Plaintiffs' Statement of Undisputed Facts in Plaintiffs' Motion For Summary Judgment on Their Tenth Claim for Relief, filed September 21, 2009 [119], is taken under advisement.**

April 19, 2010
07-cv-00541-RPM

**ORDERED:** Defendant's Motion for Summary Judgment on Plaintiffs' First and Sixth Claims for Relief, filed October 30, 2009 [126], is taken under advisement.

**11:15 a.m.** **Court in recess.**

Hearing concluded. Total time: 1 hr. 45 min.