IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00541-RPM

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
MICHAEL CODY,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ, et al.,

     Plaintiffs,
v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

     Defendant.
_____

ORDER SETTING PLANNING CONFERENCE
_____

     The review of the papers filed with the parties' motions for summary judgment and the hearing held on April 19, 2010, resulting in this Court's Memorandum Opinion on Motions for Summary Judgment, indicates the need to convene a planning conference to determine what procedures are necessary to prepare the case for trial. Among the matters to be considered are the formation of sub-classes and representative plaintiffs (including opt-in plaintiffs) to litigate the remaining issues, the need for and scope of any opinion testimony under FRE 702, possible separation of liability and remedy issues and such other matters as may be suggested by counsel.

Accordingly, it is

ORDERED that a planning conference is scheduled for **June 29, 2010, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to meet and confer in preparation for this conference no later than June 18, 2010.

DATED: May 18, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge