IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00541-RPM

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
MICHAEL CODY,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ, et al.,

      Plaintiffs,
v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

      Defendant.
_____

ORDER LIMITING ISSUES FOR PHASE I
_____

      Upon review of the final pretrial order for Phase I, submitted by the parties on October 1, 2010,

and the review of the plaintiffs' may call witnesses, most of whom appear to be prepared to testify to the

assertion of a "culture" regarding off the clock work, the Court concludes that the evidence to be

submitted at the Phase I trial, beginning on November 1, 2010, will be limited to the issues identified in

the initial paragraph of the Special Issues section 9 of the proposed pretrial order.  It is with that

understanding that the Court has now signed the proposed pretrial order.

      It is so ORDERED.

      DATED:   October 13th , 2010

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge