IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00541-RPM

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

    Defendant.
_____

ORDER SETTING TRIAL DATE - PHASE 2
_____

    Pursuant to the conference held today, it is

    ORDERED that this case is set for trial to the Court on Phase 2 on December 5, 2011, at 8:30 a.m. in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

    DATED: May 19th, 2011

                                BY THE COURT:

                                s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge