**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

| | |
|---|---|
| Date: | August 31, 2011 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

___

Civil Action No. 07-cv-00541-RPM

| | |
|---|---|
| NICK ROGERS, et al., (collective action), | William B. Aitchison |
| | David L. Worstell |
| Plaintiffs, | |
| v. | |
| CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation, | Robert A. Wolf |
| | Robert D. Nespor |
| Defendant. | Franklin A. Nachman |

___

**Amended COURTROOM MINUTES**
___

**Conference Phase II of Trial**

**2:00 p.m.**      **Court in session.**

**ORDERED:**    **Motion to Substitute Gloria Ferraro for Plaintiff Joseph Ferraro [152], is granted.**

**Motion to Extend Time for Substitution of Plaintiffs Theresa Day and David Green [153], is granted.**

**Motion to Reconsider Ruling on Compensability of Donning and Doffing Police Uniforms for Patrol Officers [195], is denied.**

Discussion regarding 160 to 171 hour issue (liability/damages, subclasses (Patrol/DIA)).

**Counsel agree plaintiffs shall provide 40 plus witness list by September 6, 2011 and defendant's contradictory witness list by September 22, 2011.**

**ORDERED:**    **Plaintiffs' Motion for Court Determination As To Scope And Structure Of Phase II Of Trial [189], is resolved by agreement of counsel.**

**2:17 p.m.**      **Court in recess.**

Hearing completed.  Total time: 17 min