## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00541-RPM

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

      Defendant.

---

### PLAINTIFFS' MOTION FOR APPROVAL OF SETTLEMENT

---

      Plaintiffs, by and through their counsel of record, hereby submit their Motion for Approval of Settlement and request that this Court enter an Order approving the settlement of the above-captioned matter as set forth in the supporting memorandum.

      This motion is made pursuant to 29 U.S.C. §216(b), and is based upon the attached memorandum, declaration, and exhibits, and the pleadings and records of the case.

Respectfully submitted this 21st day of December, 2011.

                            */s/ David L. Worstell*
                            David L. Worstell, #6492
                            Attorneys for Plaintiffs
                            1626 Washington Street
                            Denver, CO 80203
                            david.worstell@1626washingtonlaw.com