**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

| | |
|---|---|
| Date: | January 24, 2012 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

___

Civil Action No. 07-cv-00541-RPM

| | |
|---|---|
| NICK ROGERS, et al., (collective action), | William B. Aitchison |
| | Ashleigh P. Mason |
| Plaintiffs, | David L. Worstell |
| v. | |
| CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation, | Franklin A. Nachman |
| | Robert A. Wolf |
| Defendant. | |

___

# COURTROOM MINUTES
___

**Hearing on Motion for Approval of Settlement**

**2:00 p.m.     Court in session.**

Plaintiff Nick Rogers present.
Defendant's client representative John Lamb present.

Court's preliminary remarks.

Discussion between Court, Mr. Aitchison and Mr. Nachman regarding terms of proposed settlement agreement.

**Court instructs counsel to electronically file actual releases.**

**Court's findings and conclusions approving settlement as stated on record. Counsel to prepare a formal order.**

**ORDERED:    Plaintiffs' Motion for Approval of Settlement [207], is granted.**

**ORDERED:    After 60 days, counsel to provide for notice to non signing plaintiffs providing 45 days to elect to pursue individual claims.**

**2:30 p.m.     Court in recess.**          Trial continued.  Total time: 30 min