IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00541-RPM

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ, et al.,

    Plaintiffs,
v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

    Defendant.
_____

ORDER STRIKING FILING
_____

    On February 9, 2012, a clerk of this court entered as docket entry No. 218 a document filed by Raymond Snell, Police Officer Badge No. 73-107, claiming that he is entitled to collect back wages and overtime from the City and County of Denver and had his badge returned to him based on his claim of a false constructive resignation.  Counsel for the plaintiffs and defendants filed a Joint Response to Pleading, on July 6, 2012, contending that Raymond Snell has never filed a consent or other document asking to be made a party to this case brought under the Fair Labor Standards Act.  Because he has not timely joined in this action and because the issues sought to be raised in the document filed by Raymond Snell are not within the scope of this Court's jurisdiction in this matter, it is

    ORDERED that the document filed by Raymond Snell entered as Document 218 is stricken.

DATED: July 9, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge