**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00541-RPM

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
MICHAEL CODY,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

      Defendant.
_____

**ORDER RE: STIPULATION TO ADD AND TO CONSIDER TIMELY THE CONSENTS OF ANTHONY GALLEGOS AND SHEDRICK DOBBINS**
_____

      THE COURT, after fully being advised in the premises, it is

      ORDERED that the parties stipulation to add and to consider timely the consents of Anthony Gallegos and Shedrick Dobbins is granted.

      DATED: November 14th, 2012

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge