IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00541-RPM

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
MICHAEL CODY,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ,

      Plaintiffs,
v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

      Defendant.
_____

### AMENDED ORDER RE: STIPULATION TO ADD AND TO CONSIDER TIMELY THE CONSENTS OF ANTHONY GALLEGOS, JOHN HOUSTON AND SHEDRICK DOBBINS
_____

      THE COURT, after fully being advised in the premises, it is

      ORDERED that the parties stipulation to add and to consider timely the consents of Anthony Gallegos, John Houston and Shedrick Dobbins is granted.

      DATED: November 15th, 2012

                                                  BY THE COURT:

                                                  s/Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior District Judge