IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00541-RPM

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

    Defendant.

_____

## ORDER
_____

On November 15, 2012, this Court approved a stipulation to add and consider timely the consents of Anthony Gallegos, John Houston and Shedrick Dobbins. Nothing further has been filed and it is now

ORDERED that the parties shall file a status report on or before April 12, 2013.

DATED:   April 2, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge