**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  07-CV-00541-RPM

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

      Defendant.

---

**STATUS REPORT**

---

COME NOW the parties by counsel and submit this joint status report to the court concerning this case:

The parties state as follows:

l. The parties have entered into a stipulated settlement which has been approved by the Court.

2. All terms of the settlement have been completed, except for the payment by the City of the three annual installments of attorney fees due; July l, 2013, July l, 2014 and July l, 2015.

2

3. There is no reason to believe that the remaining payments would not be made. It is suggested that the case be closed, and that if there is any problem with the payment, the parties agree that upon motion the case can be re-opened to deal with this remaining issue in the unlikely event that there is a problem.

WHEREFORE the parties request that this court close the case with the caveat that the matter can be reopened in the event of any dispute about the remaining three annual installments of attorney fees.

Respectfully submitted this 11th day of April, 2013.

*CITY AND COUNTY OF DENVER*        *WORSTELL & ASSOCIATES*

*Original Signed Document is on file at the*    *Original Signed Document is on file at the*

*City and County of Denver*           *Law Offices of Worstell & Associates*

*Pursuant to C.R.C.P. 121, Section 1-26*    *Pursuant to C.R.C.P. 121, Section 1-26*

/s/ *Robert Nespor*                  /s/ *David  L.Worstell*
    **Robert Nespor, #24716**             **David L. Worstell, #6492**