IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00541-RPM

NICK ROGERS,
AL ARCHULETA,
WILFRED BELIVEAU,
HARRY BLOODWORTH,
TIMOTHY DELSORDO,
CORY DUNAHUE,
RUSSELL DYMOND, JR.,
ROBERT FREUND,
MICHAEL GABRIELE,
PAUL GOFF,
ALEXANDER M. GOLSTON,
JEFFREY MARTINEZ,
MICHAEL MOSCO,
PHILLIP NEWTON, and
ANDREW RAMIREZ, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

    Defendant.

_____

## ORDER
_____

    Pursuant to the Status Report [228] filed today, it is

    ORDERED that this court case shall be closed.  The matter can be reopened in the event of any dispute about the remaining three annual installments of attorney fees.

    DATED:    April 11th, 2013

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge