**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Civil Action No. 07-cv-00541-RPM

NICK ROGERS, et al., (collective action),

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a Colorado Municipal Corporation,

    Defendant.

_____

**ORDER REGARDING RETURN OF TRIAL EXHIBITS AND DEPOSITIONS**
_____

After review of the record and the Court entering its Order closing the case, dated April 11, 2013 [229], it is

ORDERED that counsel for the respective parties shall contact the Court's courtroom deputy at (303) 335-2112 to make arrangements by May 15, 2013 (30 days) for the return of all trial exhibits and depositions retained at the conclusion of the Phase II Trial to Court on December 8, 2011.

DATED at Denver, Colorado this 15th day of April, 2013.

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge